**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEXIS CHAVEZ-ARUJAS,

Defendant - Appellant.

No. 11-10153

D.C. No. 4:10-cr-01296-CKJ-BPV-1

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted July 17, 2012**

Before:    SCHROEDER, THOMAS and SILVERMAN, Circuit Judges.

Alexis Chavez-Arujas appeals from his guilty-plea conviction and 33-month

sentence for being an illegal alien found in the United States after having been

previously removed, in violation of 8 U.S.C. § 1326(a).  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Chavez-Arujas's counsel has filed a brief stating

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.[1] We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

[1] We decline to review Chavez-Arujas's ineffective assistance of counsel claim because the record is not sufficiently developed to permit review on direct appeal. *See United States v. Leasure*, 319 F.3d 1092, 1099 (9th Cir. 2003).